UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MUKHAMADUSMAN KHUSANOV,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | CAUSE NO. 3:26-cv-1429-DRL-SJF |

ORDER

In the order to show cause, the Warden was ordered to provide "relevant immigration records" with his response to the petition. (ECF 4 at 4.) A review of the docket reflects that the Warden mistakenly provided immigration records pertaining to another noncitizen with a similar last name. (*See* ECF 8-1 at 8.)

For these reasons, the Warden is ORDERED to file a supplement to the response with corrected records pertaining to the petitioner on or before **October 27, 2026.**

SO ORDERED on October 21, 2026.

s/ Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge