UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MUKHAMADUSMAN KHUSANOV,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | CAUSE NO. 3:26cv1429 DRL-SJF |

ORDER

Upon review, any supplemental reply by the petitioner addressing the Warden's supplemental response (ECF 11) shall be due by **November 3, 2026.**

SO ORDERED on October 29, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge